**Order entered April 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00379-CV

## IN RE PATRICK BOUVIA KIMBLE, Relator

### On Appeal from the 195th Judicial District Court
### Dallas County, Texas

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/      ELIZABETH LANG-MIERS
          JUSTICE